UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 11 P 2:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

DR. KUBA O. ASSEGAI

v.                                                      3:01CV1304 (AHN)

BLOOMFIELD BOARD OF EDUCATION,
BLOOMFIELD POLICE DEPARTMENT,
PAUL COPES, RICHARD MULHALL,
CINDY LLOYD, ERIC COLEMAN, and
MATTHEW BORRELLI

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on March 4, 2004, entered a Ruling on Defendants' Motions for Summary Judgment granting defendants' motions. All claims against Matthew Borrelli are dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
        Deputy Clerk

Entered on Docket _____