FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 APR -8  A 11: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Dr. Kuba O. Assegai

v.  CIVIL CASE NO. 3:01CV1304 (SRU)

Bloomfield Board of Education; Police Departm. et. al.

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Dr Kuba O. Assegai__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

_____

_____

_____

2. The Judgment/Order in this action was entered on __March 10, 2004__
                                                         (date)

_____
Signature

Errol V. Skyers, Esq.,
Print Name

The Barrister Law Group, LLC,
211 State Street,
2nd Floor
Bridgeport, CT. 06604
Address

Date: April 5th, 2004

203-334-4800
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via United States Mail, postage prepaid, on the date stated herein above to:

Scott M. Karsten, Esq.
Sack, Spector and Karsten, LLP
836 Farmington Avenue, #221
West Hartford, CT 06119

David S. Monastersky, Esq.
John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

EROLL V. SKYERS, ESQ

*Rec'd 3/16/04 Barrister Law Group, LLC*

01CV1304 gm

UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT  2004 MAR 11  P 2: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DR. KUBA O. ASSEGAI

v.

3:01CV1304 (SRU)

BLOOMFIELD BOARD OF EDUCATION,
BLOOMFIELD POLICE DEPARTMENT,
PAUL COPES, RICHARD MULHALL,
CINDY LLOYD, ERIC COLEMAN, and
MATTHEW BORRELLI

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on March 4, 2004, entered a Ruling on Defendants' Motions for Summary Judgment granting defendants' motions. All claims against Matthew Borrelli are dismissed.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 10th day of March, 2004.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____