UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. KUBA O. ASSEGAI | : | NO.: 3:01CV1304 (SRU) |
| | : | |
| v. | : | |
| | : | |
| BLOOMFIELD BOARD OF EDUCATION; PAUL COPES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; ERIC COLEMAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; TOWN OF BLOOMFIELD POLICE DEPARTMENT; POLICE CHIEF RICHARD MULLHALL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CINDY LLOYD, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | : : : : : : : : : : : | JULY 7, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, BLOOMFIELD BOARD OF EDUCATION AND PAUL COPES, hereby submit its bill of costs in the above-captioned case.  The Court entered judgment for the defendants on March 4, 2004, following a summary judgment ruling in favor of the defendants.  A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.   Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit A1 and A2**)

        1.   Deposition transcript of Dr. Assegai on 3/3/03
            ($808.00 original (202 pages @ $4.00 per page)

|   |   |   |   |
|---|---|---|---|
|   | + $9.50 shipping & handling +$49.05 tax) | $ | 867.00 |
|   | Appearance fee ($85.00 + $5.10 tax) | $ | 90.10 |
| 2. | Deposition transcript of Dr. Assegai on 3/5/03 ($920.50 original (263 pages @ $3.50 per page) + $5.00 shipping & handling +$55.53 tax) | $ | 981.03 |
|   | Appearance fee ($75.00 + $4.50 tax) | $ | 79.50 |
|   | Subtotal | | $ 2,017.63 |

B.  Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii).

    1.  Copies of exhibits appended to successful Motion for Summary Judgment

    38 pages @ .10 = $3.80

    Subtotal =                                                                                    $2,021.43

**TOTAL FEES REQUESTED:**     **$2,021.43**

> DEFENDANTS,
> BLOOMFIELD BOARD OF EDUCATION
> AND PAUL COPES, INDIVIDUALLY AND
> IN HIS OFFICIAL CAPACITY
>
>
> By /s/John J.Radshaw, III
>   John J. Radshaw, III
>   ct19882
>   Howd & Ludorf
>   65 Wethersfield Avenue
>   Hartford, CT  06114
>   Phone:  (860) 249-1361
>   Fax:  (860) 249-7665
>   E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 7th day of July, 2004.

Cynthia R. Jennings, Esquire
221 State Street, 2nd Floor
Bridgeport, CT  06604

Errol V. Skyers, Esquire
622 Clinton Avenue
Bridgeport, CT 06605

Scott M. Karsten, Esquire
Sack, Spector and Karsten, LLP
836 Farmington Avenue, #221
West Hartford, CT  06119

> /s/John J. Radshaw, III
> John J. Radshaw, III

3