UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. KUBA O. ASSEGAI | : | NO.: 3:01CV1304 (SRU) |
| v. | : | |
| BLOOMFIELD BOARD OF EDUCATION; PAUL COPES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; ERIC COLEMAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; TOWN OF BLOOMFIELD POLICE DEPARTMENT; POLICE CHIEF RICHARD MULLHALL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; CINDY LLOYD, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY | : | JULY 7, 2004 |

**VERIFICATION OF JOHN J. RADSHAW, III**

The undersigned, being duly sworn, hereby deposes and says:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I am a member of the Bar of the State of Connecticut and of the District Court.

3. In addition to David S. Monastersky, I represented the defendants, Bloomfield Board of Education and Paul Copes, in the above-captioned case and have

knowledge of the facts of the case and the costs incurred by the Bloomfield Board of Education and Paul Copes in defending this case; and

4. The costs of the deposition transcript of Dr. Assegai on March 3, 2003, by a representative of Falzarano Court Reporters, was charged at the rate of $5.25 per page due to the deposition being videotaped. The regular rate is $4.00 per page. A true and accurate copy of the invoice is annexed as attachment 1 to this verification. The total bill for Falzarano Court Reporters therefore at the regular rate is $867.00.

5. The appearance fee, including taxes, for Falzarano Court Reporters on March 3, 2003, is $85.00 plus $5.10 taxes for a total of $90.10.

6. The costs of the deposition transcript of Dr. Assegai on March 5, 2003, by a representative of Niziankiewicz & Miller, was charged at the rate of $3.50 per page. A true and accurate copy of the invoices annexed as attachment 2 to this verification. The total bill for Niziankiewicz & Miller therefore at the regular rate is $981.03.

7. The appearance fee for Niziankiewicz & Miller on March 5, 2003, is $75.00 plus $4.50 taxes for a total of $79.50.

8. The photocopying charges for the pleadings and exhibits associated with the motion for summary judgment of $3.80 (38 pages x $.10 per page) were completed in-house. Howd & Ludorf charges copies at the rate of $.10 per copy.

9. The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 7th day of July, 2004.

/s/John J. Radshaw, III
John J. Radshaw, III

STATE OF CONNECTICUT )
) ss: Hartford
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 7th day of July, 2004.

/s/Elvira C. Blackman
Elvira C. Blackman
Notary Public
My Commission Expire; 10/31/07