# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258  FAX 860.658.4341
FEIN 06-0978735


MAR 3 1 2003
BY: DSM

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/28/2003 | 30170 |

| BILL TO |
|---|
| John J. Radshaw, III., Esq.<br>Howd & Ludorf<br>65 Wethersfield Avenue<br>Hartford, CT 06114<br>860.249.1361/ Fax 7665 |

| IN RE: |
|---|
| SDR KUBA ASSEGAI v<br>BLOOMFIELD BOE, ET AL<br><br>US District Court SRU |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 202 | 3/3/2003 | Stedman | K. Assegai | John Radshaw |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Videotaped Deposition of KUBA ASSEGAI<br>US District Court O & 1 | 202 | 5.25 | 1,060.50T |
| Appearance Fee  3-3-03 | | 85.00 | 85.00T |
| Cancellation Fee  3-5-03 | | 75.00 | 75.00T |
| Postage | | 9.50 | 9.50 |
| Subtotal | | | 1,230.00 |
| | | 6.00% | 73.23 |

OK DSM
11b/ 2505

| | Total | $1,303.23 |
|---|---|---|