

**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

MAR 2 4 2003

```
JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190
```

O.K. to pay?

```
DATE         03/21/2003
INVOICE         25299
CLIENT           2904
REFERENCE        BOR
```

```
Re: DR. KUBA O. ASSEGAI    BLOOMFIELD BOARD OF EDUCATION
Assignment Date: March 05, 2003


  CONTINUED VIDEO DEPOSITION OF DR. KUBA O. ASSEGAI

  DIST CT DR/EXP ORIG & 1                              973.10
  APPEARANCE FEE                                        75.00
  SHIPPING & HANDLING                                    5.00
  CONDENSED AND ASCII                                   20.00
                                                  ==========
                              Total Amount $       1,073.10
                                      Tax $           64.39
                                Total due $        1,137.49

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE
```

```
              NIZIANKIEWICZ & MILLER Reporting
                Federal Tax Id#: 06-1113444
CLIENT'S COPY
```

110-2505