UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DR. KUBA O. ASSEGAI

    v.                      3:01cv1304 SRU

BLOOMFIELD BOARD OF
  EDUCATION, et al

ENDORSEMENT DOCUMENT [#63]

    Costs are DENIED WITHOUT PREJUDICE to renewal after the District Court judgment becomes final, pursuant to Local Rule 54(a).

    Dated at Bridgeport, Connecticut, this 28th day of July, 2004.

                                  KEVIN F. ROWE, Clerk

                                  By     /s/ Chrystine W. Cody
                                         Deputy-in-Charge