

# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Dr. Kuba Assegai | : | Civil Action No. : 301-cv-01304-SRU |
| --- | --- | --- |
|  | : | **Docket No.: 04-3667-CV** |
|  | : |  |
| v. | : |  |
|  | : |  |
| Bloomfield, | : |  |
| Bd of Ed, et al | : | September 23, 2004 |

## INDEX TO THE RECORD ON APPEAL

| Doc. No. | Date Filed | | Document No. | Document Name |
| --- | --- | --- | --- | --- |
| 1 | Filed:<br>Entered: | 07/11/2001<br>07/12/2001 | 1. | Complaint |
| 2 | Filed:<br>Entered: | 07/11/2001<br>07/12/2001 | 2. | Scheduling Order |
| 3 | Filed & Entered: | 08/08/2001 | 3. | Waiver of Service Executed |
| 4 | Filed:<br>Entered: | 08/10/2001<br>08/13/2001 | 4. | Notice of Appearance |
| 5 | Filed & Entered: | 08/27/2001 | 5. | Notice of Appearance |
| 6 | Filed:<br>Entered: | 08/30/2001<br>08/31/2001 | 6. | Notice of Appearance |
| 7 | Filed & Entered:<br>Terminated: | 09/12/2001<br>09/12/2001 | 7. | Motion for Security for Costs |
| 8 | Filed & Entered: | 09/12/2001 | 8. | Order |

| | | | | |
|---|---|---|---|---|
| 9 | Filed: | 09/21/2001 | 9. | ☐Motion to Withdraw as Attorney |
| | Entered: | 09/24/2001 | | |
| | Terminated: | 09/27/2001 | | |
| 10 | Filed: | 09/24/2001 | 10. | ☐Answer to Complaint |
| | Entered: | 09/25/2001 | | |
| -- | Filed: | 09/27/2001 | 11. | ☐Order |
| | Entered: | 10/01/2001 | | |
| 11 | Filed: | 09/27/2001 | 12. | ☐Motion for Security for Costs |
| | Entered: | 10/01/2001 | | |
| | Terminated: | 10/01/2001 | | |
| 12 | Filed & Entered: | 10/01/2001 | 13. | ☐Order |
| 13 | Filed: | 10/01/2001 | 14. | ☐Motion to Amend/Correct |
| | Entered: | 10/02/2001 | | |
| | Terminated: | 10/23/2001 | | |
| 14 | Filed: | 10/04/2001 | 15. | ☐Memorandum in Opposition to Motion |
| | Entered: | 10/05/2001 | | |
| 15 | Filed: | 10/04/2001 | 16. | ☐Jury Demand |
| | Entered: | 10/05/2001 | | |
| 16 | Filed: | 10/04/2001 | 17. | ☐Answer to Complaint |
| | Entered: | 10/05/2001 | | |
| 17 | Filed: | 10/10/2001 | 18. | ☐Amended Complaint |
| | Entered: | 10/11/2001 | | |
| -- | Filed & Entered: | 10/23/2001 | 19. | ☐Order |
| 18 | Filed: | 11/07/2001 | 20. | ☐Motion to Amend/Correct |
| | Entered: | 11/08/2001 | | |
| | Terminated: | 12/04/2001 | | |
| 19 | Filed: | 11/07/2001 | 21. | ☐Motion for Leave to Proceed in forma pauperis |
| | Entered: | 11/08/2001 | | |
| | Terminated: | 03/18/2002 | | |
| 20 | Filed: | 11/07/2001 | 22. | ☐Affidavit |
| | Entered: | 11/08/2001 | | |
| 21 | Filed: | 11/14/2001 | 23. | ☐Answer to Complaint |
| | Entered: | 11/15/2001 | | |
| -- | Filed & Entered: | 12/04/2001 | 24. | ☐Order |

2

| 22 | Filed & Entered: | 12/20/2001 | 25. | ☐Notice |
|---|---|---|---|---|
| 23 | Filed:<br>Entered:<br>Terminated: | 01/09/2002<br>01/10/2002<br>02/12/2002 | 26. | ☐Report of Rule 26(f) Planning Meeting |
| 24 | Filed:<br>Entered: | 01/09/2002<br>01/10/2002 | 27. | ☐Report of Rule 26(f) Planning Meeting |
| -- | Filed & Entered: | 02/12/2002 | 28. | ☐Order |
| 25 | Filed:<br>Entered: | 02/15/2002<br>02/20/2002 | 29. | ☐Order |
| 26 | Filed:<br>Entered: | 03/06/2002<br>03/07/2002 | 30. | ☐Notice of Appearance |
| 27 | Filed & Entered: | 03/13/2002 | 31. | ☐Notice of Appearance |
| -- | Filed & Entered: | 03/18/2002 | 32. | ☐Order |
| 28 | Filed & Entered:<br>Terminated: | 04/01/2002<br>04/03/2002 | 33. | ☐Motion to Amend/Correct |
| -- | Filed:<br>Entered: | 04/03/2002<br>04/04/2002 | 34. | ☐Order |
| 29 | Filed:<br>Entered: | 04/03/2002<br>04/04/2002 | 35. | ☐Amended Complaint |
| 30 | Filed:<br>Entered:<br>Terminated: | 04/05/2002<br>04/09/2002<br>05/23/2002 | 36. | ☐Motion to Stay |
| 31 | Filed:<br>Entered: | 04/05/2002<br>04/09/2002 | 37. | ☐Memorandum in Support of Motion |
| -- | Filed & Entered: | 05/23/2002 | 38. | ☐Order |
| 32 | Filed:<br>Entered:<br>Terminated: | 09/04/2002<br>09/06/2002<br>09/23/2002 | 39. | ☐Motion for Default Entry 55(a) |
| 33 | Filed:<br>Entered: | 09/20/2002<br>09/23/2002 | 40. | ☐Memorandum in Opposition to Motion |
| 34 | Filed: | 09/20/2002 | 41. | ☐Answer to Amended Complaint |

|    | Entered: | 09/23/2002 |     |                                  |
|----|----------|------------|-----|----------------------------------|
| -- | Filed:<br>Entered: | 09/23/2002<br>09/24/2002 | 42. | ☐Order |
| 35 | Filed:<br>Entered: | 10/07/2002<br>10/08/2002 | 43. | ☐Answer to Amended Complaint |
| 36 | Filed:<br>Entered:<br>Terminated: | 01/28/2003<br>01/29/2003<br>02/10/2003 | 44. | ☐Motion to Reopen Case |
| 37 | Filed & Entered:<br>Terminated: | 01/30/2003<br>01/31/2003 | 45. | ☐Motion for Extension of Time |
| -- | Filed:<br>Entered: | 01/31/2003<br>02/03/2003 | 46. | ☐Order |
| -- | Filed & Entered: | 02/10/2003 | 47. | ☐Order |
| 38 | Filed & Entered: | 03/04/2003 | 48. | ☐Notice of Appearance |
| 39 | Filed:<br>Entered:<br>Terminated: | 03/20/2003<br>03/21/2003<br>04/03/2003 | 49. | ☐Motion to Compel |
| 40 | Filed & Entered:<br>Terminated: | 03/26/2003<br>04/03/2003 | 50. | ☐Motion to Withdraw |
| -- | Filed & Entered: | 04/03/2003 | 51. | ☐Order |
| -- | Filed & Entered: | 04/03/2003 | 52. | ☐Order |
| 41 | Filed:<br>Entered:<br>Terminated: | 05/01/2003<br>05/02/2003<br>03/04/2004 | 53. | ☐Motion for Summary Judgment |
| 42 | Filed:<br>Entered: | 05/01/2003<br>05/02/2003 | 54. | ☐Memorandum in Support of Motion |
| 43 | Filed:<br>Entered: | 05/01/2003<br>05/02/2003 | 55. | ☐Statement of Material Facts |
| 44 | Filed & Entered:<br>Terminated: | 05/02/2003<br>03/04/2004 | 56. | ☐Motion for Summary Judgment |

| | | | |
|---|---|---|---|
| 45 | Filed & Entered: 05/02/2003 | 57. | Memorandum in Support of Motion |
| 46 | Filed & Entered: 05/07/2003<br>Terminated: 05/08/2003 | 58. | Motion for Extension of Time |
| 47 | Filed & Entered: 05/07/2003<br>Terminated: 05/09/2003 | 59. | Motion for Extension of Time |
| -- | Filed & Entered: 05/08/2003 | 60. | Order |
| -- | Filed: 05/09/2003<br>Entered: 07/24/2003 | 61. | Order |
| 48 | Filed: 06/23/2003<br>Entered: 06/24/2003<br>Terminated: 06/25/2003 | 62. | Motion for Extension of Time |
| -- | Filed: 06/25/2003<br>Entered: 06/26/2003 | 63. | Order |
| 49 | Filed: 06/30/2003<br>Entered: 07/01/2003 | 64. | Statement of Material Facts |
| 50 | Filed: 06/30/2003<br>Entered: 07/16/2003 | 65. | Memorandum in Opposition to Motion |
| 51 | Filed: 07/15/2003<br>Entered: 07/16/2003<br>Terminated: 03/11/2004 | 66. | Motion to Strike |
| 52 | Filed: 07/15/2003<br>Entered: 07/16/2003 | 67. | Memorandum in Support of Motion |
| 53 | Filed: 07/15/2003<br>Entered: 07/16/2003 | 68. | Reply to Response to Motion |
| 54 | Filed & Entered: 07/16/2003<br>Terminated: 07/17/2003 | 69. | Motion for Extension of Time |
| -- | Filed: 07/17/2003<br>Entered: 07/18/2003 | 70. | Order |
| 57 | Filed: 07/25/2003<br>Entered: 07/30/2003<br>Terminated: 03/11/2004 | 71. | Motion to Strike |
| 55 | Filed & Entered: 07/28/2003 | 72. | Motion for Extension of Time |

|    | Terminated:      | 07/29/2003               |     |                                       |
|----|------------------|--------------------------|-----|---------------------------------------|
| 56 | Filed:<br>Entered: | 07/28/2003<br>07/29/2003 | 73. | ☐Reply to Response to Motion          |
| -- | Filed:<br>Entered: | 07/29/2003<br>07/30/2003 | 74. | ☐Order                                |
| 58 | Filed:<br>Entered: | 08/18/2003<br>08/21/2003 | 75. | ☐Memorandum in Opposition to Motion   |
| 59 | Filed & Entered: | 08/25/2003               | 76. | ☐Reply to Response to Motion          |
| 60 | Filed:<br>Entered: | 03/04/2004<br>03/09/2004 | 77. | ☐Order on Motion for Summary Judgment |
| 61 | Filed:<br>Entered: | 03/11/2004<br>03/12/2004 | 78. | ☐Judgment                             |
| 62 | Filed:<br>Entered: | 04/08/2004<br>04/30/2004 | 79. | ☐Notice of Appeal                     |
| 63 | Filed & Entered: | 07/09/2004               | 80. | ☐Bill of Costs                        |
| 64 | Filed:<br>Entered: | 07/28/2004<br>07/30/2004 | 81. | ☐Order                                |
| -- | Filed & Entered: | 08/02/2004               | 82. | ☐Acknowledged Receipt of Index / ROA  |
| 65 | Filed:<br>Entered: | 08/11/2004<br>08/19/2004 | 83. | ☐USCA                                 |

Dr. Kuba Assegai
APPELLANT

By *(signature)*
PAUL M. NGOBENI, Esq., (CT08187)
Law Offices of Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Tel: 203-362-1230
Fax: 203-333-7178
Email: ngobenilaw@aol.com

## **CERTIFICATION**

I hereby certify that on this 23TH day of September 2004, a copy of the foregoing INDEX TO THE RECORD ON APPEAL was mailed via U. S. Postal Service Certified Mail Receipt, to counsel for Appellee/Defendant as shown below:

David Monastersky, Esq.,
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

Scott m. Karsten, Esq.,
SACK, SPECTOR & KARSTEN, LLP
836 Farmington Avenue
West Hartford, CT 06119-1544

                          THE PLAINTIFF
                          Dr. KUBA O. ASSEGAI

By: _/s/ Paul Ngobeni_____
Paul Ngobeni, Esq.,
Law Offices of Paul M. Ngobeni
914 Main Street, Suite 206
East Hartford, CT 06108
Tel: 860-289-3155 or 860-796-4985
Fax: 860-282-7479
Federal Bar No. CT08187
Email: ngobenilaw@aol.com