**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

*[Seal: UNITED STATES COURT OF APPEALS FILED MAR 7 2005 SECOND CIRCUIT]*

Date:                3/7/05
Docket Number:       04-3667-cv
Short Title:         Assegai v. Bloomfield Bd of Ed
DC Docket Number:    01-cv-1304
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square in the City of New York, on the 7th day of March two thousand four.

04-3667-cv

## ASSEGAI v. BLOOMFIELD BOARD OF EDUCATION

A scheduling order in accordance with the Civil Appeals Management Plan of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is dismissed.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: *Tammy Martinez*
Tammy Martinez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
DEPUTY CLERK

FILED
2005 MAR 18 P 2: 04
U.S. DISTRICT COURT
NEW HAVEN, CT

CERTIFIED 3/7/05