CTDC / NHCT
01-cv- 1304
UNDERHILL

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## THURGOOD MARSHALL UNITED STATES COURTHOUSE
### 40 FOLEY SQUARE
### NEW YORK, NEW YORK 10007

---

ASSEGAI,

        Appellant,

v.

BLOOMFIELD BD OF ED,

        Appellee.

Docket No(s). 04-3667

*[FILED MAR 29 2005 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT stamp]*

---

## ORDER

Before: Hon. Peter W. Hall, *Circuit Judge.*

IT IS HEREBY ORDERED that appellant's motion to reinstate the appeal is GRANTED. Appellant's brief is accepted for filing *nunc pro tunc.*

FOR THE COURT:
ROSEANN B. MACKECHNIE, CLERK
By: /s/ Tracy W. Young
Tracy W. Young, Motions Staff Attorney

Date: 3/29/05

**A TRUE COPY**
**Roseann B. MacKechnie, CLERK**

by /s/ Jammny Martinez
DEPUTY CLERK

CERTIFIED: 3/29/05