**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DR. KUBA O. ASSEGAI | : NO.: 3:01CV1304 (SRU) |
| v. | : |
| BLOOMFIELD BOARD OF EDUCATION; ET AL | : APRIL 25, 2006 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, BLOOMFIELD BOARD OF EDUCATION and PAUL COPES, hereby submit their bill of costs in the above-captioned case. The Court entered judgment for the defendants on March 4, 2004, following a summary judgment ruling in favor of the defendants. An appeal was taken to the Court of Appeals for the Second Circuit which affirmed the judgment of the District Court on February 7, 2006 and the mandate issued to the District Court. The mandate was docketed on April 13, 2006. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.   Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit A1 and A2**)

    1.   Deposition of Dr. Assegai on 3/3/03, Volume I. Transcript:
($808.00 original (202 pages @ $4.00 per page) + $49.05 tax)   $ 857.05

       Appearance fee ($85.00 + $5.10 tax)   90.10

2.  Deposition of Dr. Assegai on 3/5/03, Volume II, Transcript:
    ($920.50 original (263 pages @ $3.50 per page) +$55.53
    tax)                                                                                          976.03

    Appearance fee ($75.00 + $4.50 tax)                                              79.50

    **Subtotal:          $ 2,002.68**

B.  Fee for Exemplification and Copies of Papers Necessarily

    Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii).

    1.  Copies of exhibits appended to successful Motion for
        Summary Judgment: 38 pages @ .10 = $3.80

    **Subtotal:          $ 3.80**

    **TOTAL COSTS REQUESTED:                                  $ 2,006.48**

THE DEFENDANTS,
BLOOMFIELD BOARD OF
EDUCATION AND PAUL
COPES, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY

/s/John J. Radshaw
John J. Radshaw, III, ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (fax)
e-mail:  jradshaw@hl-law.com

2

## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 25th day of April, 2006.

Paul M. Ngobeni, Esquire  
914 Main Street, Suite 206  
East Hartford, CT 06108  

Cynthia R. Jennings, Esquire  
221 State Street, 2nd Floor  
Bridgeport, CT 06604  

Scott M. Karsten, Esquire  
Sack, Spector and Karsten, LLP  
836 Farmington Avenue, #221  
West Hartford, CT 06119  

     /s/John J. Radshaw  
     John J. Radshaw, III