

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

*Daniel S. Niziankiewicz*
*Robert Miller*

MAR 24 2003

JOHN J. RADSHAW, III, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

O-K to pay?

DATE         03/21/2003
INVOICE          25299
CLIENT            2904
REFERENCE         BOR

Re: DR. KUBA O. ASSEGAI    BLOOMFIELD BOARD OF EDUCATION
Assignment Date: March 05, 2003

CONTINUED VIDEO DEPOSITION OF DR. KUBA O. ASSEGAI

```
DIST CT DR/EXP ORIG & 1                           973.10
APPEARANCE FEE                                     75.00
SHIPPING & HANDLING                                 5.00
CONDENSED AND ASCII                                20.00
                                                ==========
                            Total Amount $      1,073.10
                                    Tax $          64.39
                               Total due $      1,137.49
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

CLIENT'S COPY

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

110-2505