UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DR. KUBA O. ASSEGAI

v.                                    3:01cv1304 SRU

BLOOMFIELD BOARD OF
EDUCATION, et al

RULING ON BILL OF COSTS

On March 11, 2004, judgment entered for the defendants after ruling on a motion

for summary judgment and on April 24, 2006, the U. S. Court of Appeals mandate was

filed affirming the judgment of the U.S. District Court.   On April 26, 2006, the

defendants, Bloomfield Board of Education and Paul Copes, submitted a Bill of Costs

and no objection was filed by the plaintiff.   For the reasons stated below, defendants

Bloomfield Board of Education and Copes bill of costs is granted in part and denied in

part.

A. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original

and one copy of the transcript and any court reporter attendance fees, to be taxed at

the prevailing page rate pursuant to Local Rule 80.  Pursuant to Vol VI, Chap. XX of the

"Guide to Judiciary Policies and Procedures", maximum transcript rates for an original

and one copy are $3.75 per page.  Postage and handling and charges for delivery of

transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209,

217 (7[th]Cir., 1975).  Condensed, ASCII disk, expedited or daily transcripts are also not

recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live

1

testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii).

The defendants submit a claim for two volumes of the deposition transcript of Dr. Kuba O. Assegai, which was used in the successful summary judgment motion, in the amount of $2002.68.  The claim with supporting documentation for Volume I is allowed in the amount of $893.05 (202 pages at the rate of $3.75 per page ($757.50), $85.00 appearance fee, plus $50.55 tax)  The claim with supporting documentation for Volume II does not reflect the number of pages to the deposition transcript, but counsel represent that the Volume II of the transcript was 263 pages at a cost of $3.50 per page.  That portion of the claim is allowed in the amount of $1,055.23 (263 pages at the rate of $3.50 per page($920.50), $75.00 appearance fee, plus $59.73 tax).
Costs are entered in the amount of **$1948.28**.

B. FEES FOR COPIES: The cost of exhibits appended to a successful summary judgment motion are allowed pursuant to Local Rule 54(c)3.(iii).  The defendant submits a claim for copies in the amount of $3.80, with no supporting documentation, but a check of the motion shows that copies were appended to document #43, Joint Statement of Facts, and therefore that claim is allowed.
Costs are entered in the amount of **$3.80**.

C. SUMMARY: For the reasons previously stated, the defendants, Bloomfield Board of Education and Paul Copes, bill of costs are allowed as follows:

Fees of the Court Reporter            $1948.28

Fees for Copies                       $    3.80

Total                                    $1952.08

Pursuant to Local Rule 54(d), the parties may appeal this decision to the

presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 6th day of July, 2006.

KEVIN F. ROWE, Clerk

By____/s/Chrystine W. Cody_____
          Deputy-in-Charge